UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BUDDY STRUCKMAN,
   Plaintiff,

vs.

VILLAGE OF LOCKLAND, et al.,
   Defendants.

Case No. 1:17-cv-543
Barrett, J.
Litkovitz, M.J.

**ORDER**

Plaintiff brings this action against the Village of Lockland, Patrick Sublet and Drew Jones. Plaintiff has filed his "First Set of Interrogatories to Defendant" under Fed. R. Civ. P. 33 with the Court. (Doc. 14). Plaintiff's discovery requests are not properly filed with the Court; rather, plaintiff must serve his discovery requests on the parties. *See* Fed. R. Civ. P. 34(a) ("A party may serve on any other party a request within the scope of Rule 26(b). . . .); Fed. R. Civ. P. 33(a)(1) ("[A] party may serve on any other party not more than 25 written interrogatories. . . ."). Further, plaintiff's discovery requests are premature. Plaintiff cannot serve discovery requests until the District Judge has ruled on the pending recommendations and any defendants who remain in the case have been served. Accordingly, plaintiff's first set of interrogatories (Doc. 14) is **STRICKEN** from the record.

    **IT IS SO ORDERED.**

Date: 11/1/17

Karen L. Litkovitz
United States Magistrate Judge