UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Buddy Struckman,

    Plaintiff,

        v.                           Case No. 1:17cv543

The Village of Lockland, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 2, 2018 (Doc. 31).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). The Court notes that on July 9, 2018, the Plaintiff submitted a Notice of Change of Address (Doc. 33) and on July 17, 2018 the Report and Recommendation (Doc. 31) was returned to the Clerk's Office as undeliverable. The Court issued an Order (Doc. 35) directing the Clerk to resend copies of the Report and Recommendation (Doc. 31) and give the Plaintiff an additional fourteen (14) days within which to file any objections. To date, no objections to the Magistrate Judge's Report and Recommendation (Doc. 31) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 31) of the Magistrate Judge is hereby **ADOPTED**. Defendants' Motion for Judgment on the Pleadings (Doc. 22) is **GRANTED** and this matter is dismissed. The Motion to Appoint

1

Counsel (Doc. 32) is **MOOT**.

**IT IS SO ORDERED.**

                                               */s/ Michael R. Barrett*
                                               Michael R. Barrett
                                               United States District Judge